**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Price-Driscoll Corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Sprits** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **11-1825656** |

4. Debtor's address

**Principal place of business**

**17 Industrial Drive**
**Waterford, CT 06385**
Number, Street, City, State & ZIP Code

**New London**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Price-Driscoll Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3255

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

---

| Debtor | **Price-Driscoll Corporation** | | Case number (*if known*) | |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor    **Price-Driscoll Corporation**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Price-Driscoll Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2023**
                        MM / DD / YYYY

**X /s/ Clint Barth**                                              **Clint Barth**
Signature of authorized representative of debtor          Printed name

Title    **Owner/member**

**18. Signature of attorney**

**X /s/ Anthony S. Novak**                              Date    **March 22, 2023**
Signature of attorney for debtor                                        MM / DD / YYYY

**Anthony S. Novak**
Printed name

**Novak Law Office, P.C.**
Firm name

**280 Adams Street**
**Manchester, CT 06042**
Number, Street, City, State & ZIP Code

Contact phone    **860-432-7710**        Email address    **anthonysnovak@aol.com**

**ct09074 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Price-Driscoll Corporation**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2023**          X /s/ Clint Barth
                                            Signature of individual signing on behalf of debtor

                                            **Clint Barth**
                                            Printed name

                                            **Owner/member**
                                            Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Price-Driscoll Corporation**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................................... $        **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................... $        **1,214,265.61**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................. $        **1,214,265.61**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        **714,151.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $        **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$        **491,421.50**

4. Total liabilities ......................................................................................................................
   Lines 2 + 3a + 3b

$        **1,205,572.85**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Price-Driscoll Corporation**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chelsea Groton | Checking | 7487 | $152.63 |
| 3.2. | Chelsea Groton | Business Analysis Checking | 0802 | $10,863.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $11,016.07 |
|---|---|

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Price-Driscoll Corporation**                                          Case number *(If known)* _____
      Name

11a. 90 days old or less: _____**104,516.47**_____  -  _____**0.00**_____  = ....  _____**$104,516.47**_____
                        face amount                           doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$104,516.47** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:      Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:      Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** see attached list | **3/3/2023** | **$0.00** | | **$289,971.03** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** see attached list | **3/3/2023** | **$0.00** | | **$47,037.04** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$337,008.07** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:      Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Price-Driscoll Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**CVC Model 300 wrap around labeler, Hamilton<br>250 Gallon Type 316 Stainless Steel Jacketed<br>Hemispherical Kettle, 4 Head Pamasol/Coster<br>Aerosol Can filler Moel MIG-2 mini cell, JR<br>Packaging 2800A Automatic Aerosol Filling<br>Machine - see attached list** | $0.00 | | $461,725.00 |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $461,725.00 |
|---|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.
**lease of property located at 17 Industrial Dr. Waterford, CT 06385**

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |

| Debtor | **_Price-Driscoll Corporation_** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | **https://price-driscoll.com** | | |
| | **https://spritsrelease.com** | $0.00 | $0.00 |

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | **Customer List** | $0.00 | $100,000.00 |

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|
| | **Proprietary formulations, brand names** | $0.00 | $200,000.00 |

| 65. | **Goodwill** | |
|---|---|---|
| 66. | **Total of Part 10.** | $300,000.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- [x] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [x] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [x] No.  Go to Part 12.
- [ ] Yes Fill in the information below.

Debtor    **Price-Driscoll Corporation**                                      Case number *(If known)* _____
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,016.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $104,516.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $337,008.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $461,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $300,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,214,265.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,214,265.61 |

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| **Assembly** | | | | | | |
| **CI-A** | | | | | | |
| CLEAN-IT #13 (Clean-It #13 Mold Cleaner, 12 oz.  Resin Invader) | 1,081.00 | ea | 2.20 | 2,374.53 | 6.00 | 6,486.00 |
| CI-A - Other | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| Total CI-A | 1,081.00 | ea | | 2,374.53 | | 6,486.00 |
| CLEAN-IT#11B 1G (Clean-It #11-B Mold Cleaner (Liquid)  Packaged in one-gallon con... | 0.00 | ea | 34.74 | 0.00 | 128.65 | 0.00 |
| CLEAN-IT#11B 5G (Clean-It #11-B Mold Cleaner (Liquid)  Packaged in 5-gallon pails) | 0.00 | ea | 120.40 | 0.00 | 429.05 | 0.00 |
| CLEAN-IT#17B 5G (Clean-It #17-B Mold Cleaner (Liquid)  Packaged in 5-gallon pails) | 0.00 | ea | 76.65 | 0.00 | 117.26 | 0.00 |
| Clean_Epoxy_Aerosol (Epoxy Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 6.83 | 0.00 |
| Clean_Fast_Aerosol (Fast Clean Aerosol) | 583.00 | ea | 2.28 | 1,328.58 | 5.36 | 3,124.88 |
| Clean_Grease_Aerosol (Grease Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 8.52 | 0.00 |
| Clean_Heavy_Aerosol (Heavy Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 6.83 | 0.00 |
| Clean_Orange_Aerosol (Orange Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 8.52 | 0.00 |
| Clean_Poly_Aerosol (Poly Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 6.83 | 0.00 |
| Clean_Power_Aerosol (Power Clean Aerosol) | 0.00 | ea | 0.00 | 0.00 | 6.83 | 0.00 |
| Clean_Power_Aerosol_A108 (Power Clean Aerosol (A108 propellant)) | 567.00 | ea | 1.62 | 918.11 | 6.83 | 3,872.61 |
| MISC_SPRAYCOMBO (Spray Handle, Hose & Valve set  Accessory items for use with mo... | -3.00 | ea | 162.64 | -487.92 | 244.00 | -732.00 |
| MISC_SPRAYGUN (Spray gun (with attached magnet)  Accessory item for use with mold... | 4.00 | ea | 98.56 | 394.26 | 145.00 | 580.00 |
| PD_AISTICK ULTRA 4 (Anti-Stick Ultra 4 Mold Release, 12 oz.) | 373.00 | ea | 2.00 | 744.91 | 8.30 | 3,095.90 |
| PD_BLUE5OULTRA3 (Blue Label Ultra 3 Mold Release, 50# cylinder) | 0.00 | ea | 380.08 | 0.00 | 525.90 | 0.00 |
| PD_E/PARFILM U3B (Epoxy Parfilm Ultra 3 Mold Release, 18 oz.) | 6.00 | ea | 4.20 | 25.19 | 10.39 | 62.34 |
| PD_EJECT-IT #E20-1 (Eject-It #E20-1 Mold Release, 12 oz) | 11.00 | ea | 0.94 | 10.32 | 5.32 | 58.52 |
| PD_EJECT-IT #E20-12 (EJECT-IT #E20-12  Aerosol Mold Release, 12 oz.) | 1.00 | ea | 2.23 | 2.31 | 8.30 | 8.30 |
| PD_ICR-WS CYL-D (Investment Casting Release, Water Soluble, Cylinder) | 0.00 | ea | 136.31 | 0.00 | 367.20 | 0.00 |
| PD_ICR CANS (Investment Casting Release (Blue Label) 12 oz.) | 86.00 | ea | 1.18 | 101.28 | 8.05 | 692.30 |
| PD_ICR Cleaner 11B-1Gal (ICR Super Citrus Mold Cleaner  Non-aerosol, liquid bulk ... | 0.00 | ea | 42.31 | 0.00 | 142.75 | 0.00 |
| PD_ICR Cleaner 11B-5G (ICR Super Citrus Mold Cleaner  Non-aerosol, liquid bulk  P... | 1.00 | ea | 120.11 | 120.11 | 572.69 | 572.69 |
| PD_ICR CYL-D (Investment Casting Release (Blue Label) Cylinder) | 0.00 | ea | 119.89 | 0.00 | 367.20 | 0.00 |
| PD_ICR Fast2Shell-ITALIAN (ICR Fast 2 Shell Release, 12 oz.  ITALIAN LABEL) | 0.00 | ea | 2.79 | 0.00 | 8.05 | 0.00 |
| PD_ICR FAST2SHELL_Aerosol (ICR Fast 2 Shell Release, 12 oz.) | 536.00 | ea | 2.77 | 1,485.08 | 8.05 | 4,314.80 |
| PD_ICR FAST2SHELL_Conc_1Gal (ICR Fast 2 Shell Release, 12 oz.) | 0.00 | ea | 0.00 | 0.00 | 45.00 | 0.00 |
| PD_ICR PSMV-5GAL (ICR Pure Silicone Release, Medium Viscosity  Packaged in 5-gall... | 2.00 | ea | 260.42 | 520.83 | 487.20 | 974.40 |
| PD_ICR SILIC CYL-D (Investment Casting Release - Silicone  Packaged in CYLINDERS) | 0.00 | ea | 133.02 | 0.00 | 346.75 | 0.00 |
| PD_PP Carnauba-E M/R (Premium Pure Carnauba Wax Mold Release, 10 oz.) | 60.00 | ea | 0.00 | 0.00 | 5.50 | 330.00 |
| PD_PP Carnauba-T M/R (Premium Pure Carnauba Wax Mold Release, 16 oz.) | 178.00 | ea | 2.35 | 418.02 | 7.50 | 1,335.00 |
| PD_Prem.ParFilm M/R (Premium Par-Film Mold Release, 12 oz. ) | 113.00 | ea | 2.33 | 263.77 | 8.30 | 937.90 |
| PD_PSLV-1GAL (Pd Pure Silicone, Light Viscosity  Packaged in 1-gallon containers) | 0.00 | ea | 0.00 | 0.00 | 128.75 | 0.00 |
| PD_PSMV-5GAL *PD* (PD Pure Silicone, Medium Viscosity  Packaged in 5-gallon pails) | 0.00 | ea | 173.99 | 0.00 | 487.20 | 0.00 |
| PD_PSMV-DRUM (PD Pure Silicone, Medium Viscosity  Packaged in 55-gallon drums) | 0.00 | ea | 2,745.57 | 0.00 | 5,924.24 | 0.00 |
| PD_SSNYLONULTB (Nylon Spin Spray Ultra B, 18 oz.) | 6.00 | ea | 4.04 | 24.24 | 9.45 | 56.70 |
| PD_SSYELLOW12%VD (OBSOLETE:696 cans in stock  Yellow Label Spin Spray, 12% Active... | 696.00 | ea | 3.33 | 2,317.92 | 9.05 | 6,298.80 |
| PD_SSYELLOWULTB (Yellow Label Spin Spray Ultra B, 18 oz.) | 3.00 | ea | 4.64 | 13.90 | 12.39 | 37.17 |
| PD_YELLOW PLATINUM (Yellow Label PLATINUM Mold Release, 12 oz.  ) | 2.00 | ea | 3.22 | 6.45 | 10.05 | 20.10 |
| PD_YELLOW50PLATINUM (Yellow PLATINUM Mold Release, 50# Cylinder  Halyard Material... | 0.00 | ea | 320.23 | 0.00 | 527.31 | 0.00 |
| PL_A.D.S. #S824-1 (American Dental Supply  #S824-1  Silicone Mold Release, Net Wei... | 0.00 | ea | 2.59 | 0.00 | 5.83 | 0.00 |
| PL_A.D.S._QuickSlip (American Dental Supply Quick Slip  Silicone Mold Release, Ne... | 0.00 | ea | 2.64 | 0.00 | 5.83 | 0.00 |
| PL_ACE Power Flush II (800g) (Part #CH-86765, APFA-2 Power Flush II (800g, aerosol)) | 0.00 | ea | 11.87 | 0.00 | 27.78 | 0.00 |
| PL_ACE Private Label (800g) (*PUR** 2NCKFS 2LB PRESSURIZED  Part#CH-2NCKFS (800g,... | 0.00 | ea | 21.31 | 0.00 | 27.78 | 0.00 |
| PL_ALUMILITE UMR (Alumilite UMR, 12 oz.) | 0.00 | ea | 2.46 | 0.00 | 6.35 | 0.00 |
| PL_Alumilite_Amazing_CAN (Ultralease APR GP 12oz. Aerosol  ) | 0.00 | ea | 1.68 | 0.00 | 3.42 | 0.00 |
| PL_Alumilite_Amazing_US (Alumilite Amazing Mold Release  6oz. American Aerosol  ) | 0.00 | ea | 1.74 | 0.00 | 3.42 | 0.00 |
| PL_BTS_B00006 (BTS  B00006 Silicone Spray  Net Weight: 10 oz.) | 0.00 | ea | 1.59 | 0.00 | 2.14 | 0.00 |
| PL_BTS_B00056 (BTS  B00056 Silicone Spray- Industrial Food Grade  Net Weight: 10 ... | 37.00 | ea | 1.34 | 49.49 | 2.49 | 92.13 |
| PL_BTS_B90071 (BTS  B90071 Silicone Mould Release & Lubricant  Net Weight: 11 oz.) | 6.00 | ea | 3.19 | 19.14 | 2.44 | 14.64 |
| PL_Cantol_SILX (Cantol Sil-X  Net Weight: 365 grams) | 0.00 | ea | 2.33 | 0.00 | 5.22 | 0.00 |
| PL_DULITE-KWIKSEAL (Du-Lite Kwikseal  11 oz. aerosol) | 0.00 | ea | 0.62 | 0.00 | 3.63 | 0.00 |
| PL_DULITE-RG55 (Du-Lite Kwikseal  11 oz. aerosol) | 0.00 | ea | 0.63 | 0.00 | 3.63 | 0.00 |
| PL_ETCHCOM (Etchcom Aero Etch) | 0.00 | ea | 2.88 | 0.00 | 7.00 | 0.00 |
| PL_FREKOTE  AC4368 (Frekote AC4368  Item# 83490, ID# #416929) | 0.00 | ea | 1.19 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE 1711 (Frekote 1711  Item# 83425, ID# # 398486) | 0.00 | ea | 1.17 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE 55-NC (Frekote 55-NC  Item# 83444, ID# # 398487) | 0.00 | ea | 1.18 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE 700-NC (Frekote 700-NC  Item# 38428, ID# # 548993) | 0.00 | ea | 1.18 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE 770-NC (Frekote 770-NC  Item# 83469, ID# # 398489) | 0.00 | ea | 1.15 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE 800-NC (Frekote 800-NC  Item# 83474, ID# # 398490) | 0.00 | ea | 1.20 | 0.00 | 2.47 | 0.00 |
| PL_FREKOTE EXITT (Frekote EXITT  Item# 83511, ID# # 398492) | 622.00 | ea | 1.17 | 725.18 | 2.47 | 1,536.34 |
| PL_FREKOTE HMT-2 (Frekote HMT-2  Item# 38439, ID# # 549288) | 0.00 | ea | 1.15 | 0.00 | 2.41 | 0.00 |
| PL_FREKOTE LIFFT (Frekote LIFFT  Item# 83551, ID# # 471913) | 0.00 | ea | 1.20 | 0.00 | 2.47 | 0.00 |
| PL_FWParker_Cleaner2 (F.W. Parker Cleaner  11oz. fill) | 0.00 | ea | 2.02 | 0.00 | 4.52 | 0.00 |
| PL_Hapco_LCT_Aerosol (Hapco Private Label Supralease LCT Aerosol) | 0.00 | ea | 2.10 | 0.00 | 5.47 | 0.00 |

**O/O Driscoll Companies**
**Inventory Valuation Summary**
As of March 3, 2023

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| PL_Hapco_PET_GP_Aerosol (Hapco Private Label Ultralease Polyester Parfilm General... | 0.00 | ea | 2.18 | 0.00 | 8.30 | 0.00 |
| PL_HAPCO_TMP_Aerosol (Hapco Private Label Ultralease TMP Aerosol 12 oz.) | 0.00 | ea | 3.08 | 0.00 | 6.98 | 0.00 |
| PL_REPUCAST 101M/R (Replicast 101M/R, 12 oz.) | 5.00 | ea | 2.99 | 14.97 | 6.35 | 31.75 |
| PL_S&S_SDC_Cleaner (S&S SDC Cleaner ) | 0.00 | ea | 3.30 | 0.00 | 6.56 | 0.00 |
| PL_S&S_Unisource_Cleaner (3003950_HYSTER UNISOURCE PARTS CLEANER ) | 0.00 | ea | 3.09 | 0.00 | 6.56 | 0.00 |
| PL_ZIPSLIPULT3 (Zip-Slip LR-24B Mold Release, 18 oz  ASK Chemical SAP Code #164... | 0.00 | ea | 4.27 | 0.00 | 9.43 | 0.00 |
| SOLVENT H-5GAL (Mold Release Solvent H, packaged in 5-gallon pails) | 2.00 | ea | 64.52 | 129.04 | 228.03 | 457.86 |
| SP_GP SB-5 GAL (General Purpose Mold Release Concentrate diluted in Solvent B  Pa... | 0.00 | ea | 132.54 | 0.00 | 443.95 | 0.00 |
| SP_GP SH-5 GAL (General Purpose Mold Release Concentrate diluted in Solvent H  Pa... | 0.00 | ea | 0.00 | 0.00 | 216.82 | 0.00 |
| SP_GP SH-DRUM (General Purpose Mold Release Concentrate diluted in Solvent H  Pac... | 0.00 | ea | 272.54 | 0.00 | 1,519.00 | 0.00 |
| SP_GP_GF (General Purpose GF Mold Release, 12 oz.) | 410.00 | ea | 2.67 | 1,095.53 | 8.59 | 3,521.90 |
| SP_GPEA-3 (General Purpose EA Mold Release, 18 oz.) | -10.00 | ea | 4.69 | -46.88 | 13.98 | -139.80 |
| SP_PAINT GF (Paintable GF Mold Release, 12 oz.) | 39.00 | ea | 2.30 | 89.70 | 10.59 | 413.01 |
| SP_PAINT SB-1GAL (Paintable Mold Release Concentrate diluted in Solvent B  Packag... | 0.00 | ea | 35.10 | 0.00 | 109.75 | 0.00 |
| SP_PAINT SH-1GAL (Paintable Mold Release Concentrate diluted in Solvent H  Packag... | 0.00 | ea | 23.25 | 0.00 | 83.39 | 0.00 |
| SP_PAINT SH-5 GAL (7%) (Paintable Mold Release Concentrate diluted in Solvent H "... | 0.00 | ea | 95.17 | 0.00 | 409.79 | 0.00 |
| SP_PAINTEA-3 (Paintable EA Mold Release, 18 oz.) | 28.00 | ea | 5.03 | 140.74 | 13.98 | 391.44 |
| SP_PSMV-5GAL (Sprits Pure Silicone Mold Release - Medium Viscosity  Packaged in 5... | 0.00 | ea | 136.03 | 0.00 | 377.95 | 0.00 |
| Supra_CLR_Aerosol (Supralease CLR Aerosol) | 4.00 | ea | 2.53 | 10.14 | 7.79 | 31.16 |
| Supra_CLR_NF_Liquid_1GAL (Supralease CLR NF Liquid  Packaged in 1-gallon containers) | 0.00 | ea | 29.45 | 0.00 | 109.75 | 0.00 |
| Supra_CRN_Aerosol (Supralease Carnauba Wax Aerosol ) | 148.00 | ea | 1.92 | 284.30 | 9.69 | 1,434.12 |
| Supra_IC3_Aerosol (Investment Casting Release, Water Soluble, 12 oz.  Special 3% ... | 903.00 | ea | 2.66 | 2,405.77 | 8.05 | 7,269.15 |
| Supra_ICW_Aerosol (Investment Casting Release, Water Soluble, 12 oz.) | 489.00 | ea | 2.73 | 1,337.27 | 8.05 | 3,936.45 |
| Supra_LCT_Aerosol (Supralease LCT Aerosol) | 710.00 | ea | 2.19 | 1,557.84 | 6.79 | 4,820.90 |
| Supra_PTR_Aerosol (Supralease PTR Aerosol ) | 683.00 | ea | 2.29 | 1,562.50 | 7.79 | 5,320.57 |
| Supra_TFL_Aerosol (Supralease TFL Aerosol) | 0.00 | ea | 2.64 | 0.00 | 7.15 | 0.00 |
| Supra_TFL_Aerosol_DUP (Supralease TFL Aerosol) | 213.00 | ea | 2.59 | 552.16 | 7.15 | 1,522.95 |
| Supra_WSR_Aerosol (Supralease WSR Aerosol) | 0.00 | ea | 2.14 | 0.00 | 7.47 | 0.00 |
| Ultra_APR_GP_Aerosol (Ultralease APR GP 12oz. Aerosol ) | 907.00 | ea | 2.69 | 2,440.34 | 7.99 | 7,246.93 |
| Ultra_APR_NF_Liquid_1GAL (Ultralease APR NF Liquid 1GL  Packaged in 1-gallon cont... | 0.00 | ea | 48.70 | 0.00 | 139.37 | 0.00 |
| Ultra_APR_S_Liquid_1GAL (Ultralease APR S Liquid 1GL  Packaged in one gallon cont... | 0.00 | ea | 10.22 | 0.00 | 71.49 | 0.00 |
| Ultra_APR_S_Liquid_55GAL (Ultralease APR S Liquid  Packaged in 55 gallon drum) | 0.00 | ea | 0.00 | 0.00 | 1,519.00 | 0.00 |
| Ultra_APR_S_Liquid_5GAL (Ultralease APR S Liquid  Packaged in 5-gallon pails) | 0.00 | ea | 67.75 | 0.00 | 239.82 | 0.00 |
| Ultra_CST_S_Aerosol (Ultralease CST S  Aerosol 12 oz.) | 0.00 | ea | 0.00 | 0.00 | 4.79 | 0.00 |
| Ultra_CUR_Aerosol (Ultralease CUR Aerosol Mold Release, 12 oz.) | 0.00 | ea | 0.00 | 0.00 | 6.98 | 0.00 |
| Ultra_EPX_GP_Aerosol (Ultralease EPX GP Aerosol 12 oz.) | -120.00 | ea | 2.85 | -342.00 | 8.79 | -1,054.80 |
| Ultra_EPX_NF_Aerosol (Ultralease EPX NF 18 oz. Aerosol) | 703.00 | ea | 8.41 | 5,909.50 | 15.79 | 11,100.37 |
| Ultra_EPX_NF_Liquid_1GAL (Ultralease EPX NF Liquid 1GL  Packaged in ONE 1-gallon ... | 0.00 | ea | 57.69 | 0.00 | 149.27 | 0.00 |
| Ultra_EPX_S_Liquid_1GAL (Ultralease EPX S Liquid 1GL  Packaged in 1-gallon contai... | 0.00 | ea | 25.58 | 0.00 | 69.72 | 0.00 |
| Ultra_EPX_S_Liquid_5GAL (Ultralease EPX S Liquid 5GL  Packaged in 5-gallon pails) | 0.00 | ea | 77.76 | 0.00 | 257.32 | 0.00 |
| Ultra_HDR_GP_Aerosol (Ultralease HDR GP Mold Release, 12 oz.) | 136.00 | ea | 2.78 | 378.26 | 7.99 | 1,086.64 |
| Ultra_ICS_Aerosol (Investment Casting Release - Silicone, 12 oz.) | 1,303.00 | ea | 2.63 | 3,422.41 | 8.05 | 10,489.15 |
| Ultra_ICS_S_Liquid_5GAL (ICR Silicone S Liquid  Packaged in 5-gallon pails) | 0.00 | ea | 0.00 | 0.00 | 216.82 | 0.00 |
| Ultra_PET_GP_Aerosol (Ultralease Polyester Parfilm General Purpose Aerosol 12 oz.) | 1,408.00 | ea | 2.87 | 4,047.98 | 8.79 | 12,376.32 |
| Ultra_PET_GP_Cylinder (Ultralease PET GP Aerosol Cylinder  Polyester Parfilm Ultr... | 0.00 | ea | 105.45 | 0.00 | 305.10 | 0.00 |
| Ultra_PET_NF_Aerosol (Ultralease PET NF Polyester Parfilm, 18 oz. Aerosol) | 619.00 | ea | 8.29 | 5,134.12 | 15.79 | 9,774.01 |
| Ultra_PET_NF_Liquid_1GAL (Ultralease PET NF Liquid 1GL  Packaged in 1-gallon cont... | 0.00 | ea | 43.42 | 0.00 | 149.27 | 0.00 |
| Ultra_PET_S_Liquid_1GAL (Ultralease PET S Liquid 1GL  Packaged in 1-gallon contai... | 0.00 | ea | 14.20 | 0.00 | 69.72 | 0.00 |
| Ultra_PET_S_Liquid_5GAL (Ultralease PET S Liquid 5GL  Packaged in 5-gallon pails) | 0.00 | ea | 77.76 | 0.00 | 257.32 | 0.00 |
| Ultra_PNT_GP_Aerosol (Blue Label Ultra 4 Mold Release, 12 oz.) | 0.00 | ea | 2.02 | 0.00 | 8.30 | 0.00 |
| Ultra_PNT_S_Aerosol (Ultralease PNT S  Aerosol 12 oz.) | 1,218.00 | ea | 1.31 | 1,592.01 | 5.19 | 6,321.42 |
| Ultra_SLP_Aerosol (Ultralease SLP Aerosol Mold Release, 12 oz.) | 324.00 | ea | 3.37 | 1,090.68 | 6.98 | 2,261.52 |
| Ultra_URE_GP_Aerosol (Ultralease Urethane Parfilm General Purpose Aerosol 12 oz.) | 684.00 | ea | 2.87 | 1,963.93 | 8.79 | 6,012.36 |
| Ultra_URE_GP_Cylinder (Ultralease URE GP Cylinder) | 0.00 | ea | 114.89 | 0.00 | 305.10 | 0.00 |
| Ultra_URE_NF_Aerosol (Ultralease URE Urethane Parfilm, 18 oz. Aerosol) | 127.00 | ea | 7.02 | 891.03 | 15.79 | 2,005.33 |
| Ultra_URE_NF_Liquid_1GAL (Ultralease URE NF Liquid 1GL  Packaged in 1-gallon cont... | 0.00 | ea | 54.96 | 0.00 | 149.27 | 0.00 |
| Ultra_URE_S_Liquid_1GAL (Ultralease URE S Liquid 1GL  Packaged in 1-gallon contai... | 0.00 | ea | 11.25 | 0.00 | 69.72 | 0.00 |
| Ultra_URE_S_Liquid_5GAL (Ultralease URE S Liquid  Packaged in 5-gallon pails) | 0.00 | ea | 81.80 | 0.00 | 257.32 | 0.00 |
| **Total Assembly** | **15,904.00** | ea | | **47,037.04** | | **130,400.23** |

**Machinery & Equipment Appraisal**
**Price-Driscoll Corporation**
**Project Number: BV13-156**

## VI.    Machinery and Equipment

Located at:           Price-Driscoll Corporation
                      17 Industrial Drive
                      Waterford, Connecticut


Inspected by:         Zachery D. Shepherd


Inspected on:         May 14, 2013





Report Date: June 6, 2013
Effective Date: May 14, 2013
Location: Waterford, Connecticut

**Machinery & Equipment Appraisal**
**Price-Driscoll Corporation**
**Project Number: BV13-156**

| Item # | Description | FMV-IP |
|---|---|---|
| | **Production Area** | |
| 1 | Crown Model 20MT, Electric Pallet Stacker, S/N 39507, 2,000-Lb Capacity, Good Condition | $ 1,400 |
| 2 | Morse Model 400A-72, Drum Handler, S/N 0311, 800 Lb. Capacity, Good Condition | $ 800 |
| 3 | Aerosol Can Fill Line Consisting of: Terco Inc. Can Unscrambler, Chain Link Conveyor, 23-1/2" x 7', Complete w/ Circular Unscrambler; JG Machine Works Steel Topped Bench (Being Serviced), Complete w/ Custom 8-Head Dispensing Unit, (5) Volumetric Metering Cylinders; Tesco Pneumatic Valve Inserter & Valve Checker, JG Machinery Works Pneumatic Valve Crimper; (2) JG Non-Flammable Propellant Filling Heads; Air Logics Can Conveyor, Tesco Rotary Valve Unscrambler/Feeder; Approximately 30' Aerosol Can Automatic Conveyor; 1997 Coster Model MIG-1, MiniCell Gas House, S/N 118.22, (2) Flammable Propellant Dispensing Heads, Exhaust System, Explosion Proof, Drager Model Polytron JR Ex, Gas Censor, Metrix QAA288-120, Controls; Approximately 130° Hot Water Pressure Bath, Magnetic Conveyor Drying Exit Wind Tunnel; New Way Horizontal Labeler, Hot Glue Applicator, Approximately 20' Automatic Electric Exit Conveyor, w/ Leeson Speedmaster Adjustable Control; Haumiller Model 98603, Unscrambler & Carousel Cap Inserter; Simco Belt Can Pusher; Custom Rotary Can Collector; Various Process Piping, Regulators, Valves, Hankison Compressed Air Dryer, Associated Equipment, Fair Condition | $ 38,500 |
| 4 | VideoJet Model 1520, Inkjet Coder, S/N 1134623C22ZH, Very Good Condition | $ 4,500 |
| 5 | BestPak Model MSDBF22-2, Custom-Sealing Tape System; S/N 101252, Top & Bottom, Very Good Condition | $ 5,000 |
| 6 | Fairbanks Scales, Capacity N/A, Platform Scale, Good Condition | $ 1,500 |
| 7 | Fairbanks Model IND-HP5001-1, S.S. Benchtop Scale, 100 x .02-Lb Capacity, Good Condition | $ 350 |



Report Date: June 6, 2013
Effective Date: May 14, 2013
Location: Waterford, Connecticut

Machinery & Equipment Appraisal
Price-Driscoll Corporation
Project Number: BV13-156

| Item # | Description | FMV-IP |
|--------|-------------|--------|
| 8 | Miscellaneous Support Equipment Including But Not Limited To: Scout Pro 600g Scale, Work Benches, (2) Castered Metro Racks, (2) Oil Drum Dollys, Section of 7' x 8' x 36' Pallet Racking, Metal Shelving, Stools, VWR Scientific Mixing Bath, Etc. | $    1,800 |
| | **Total Production Area** | **$    53,850** |
| | **Compressor Room** | |
| 9 | (2) Dayton Vacuum Pumps, (1) High Capacity, (1) Low Capacity, 1-HP, 1/2-Hp, Fair Condition | $    500 |
| 10 | Quincy Model F340, Horizontal Tank Air Compressor, S/N 5017896, 7.5-HP, Good Condition | $    1,800 |
| 11 | Quincy Model QR340ST00102, Horizontal Tank Air Compressor, S/N 5161716, 7.5-HP, Good Condition | $    1,800 |
| 12 | (2) Arrow Model F30/40-1, Packaged Air Dryers, S/N's 2452933-007 & N/A, Good Condition | $    1,400 |
| 13 | (2) VWR Scientific Model 1370G, Gravity Ovens, S/N's 0100598, 0100298, Good Condition | $    1,500 |
| | **Total Compressor Room** | **$    7,000** |
| | **Shipping Area** | |
| 14 | Lantech Model Q300, Semi-Automatic Stretch Pallet Wrapper, S/N QM0102103, Very Good Condition | $    6,000 |
| 15 | (5) Sections of Approximately 7' x 9' x 36" Medium Duty Pallet Racking, Good Condition | $    1,000 |
| 16 | Clark Model PW18, Electric Pallet Jack, S/N PW186-232 PSF 5431, 4,000-Lb Capacity, Good Condition | $    1,500 |
| 17 | Crown Model WZT-110, Electric Pallet Stacker, S/N 24039, 2,000-Lb Capacity, Good Condition | $    1,400 |

Report Date: June 6, 2013
Effective Date: May 14, 2013
Location: Waterford, Connecticut

Machinery & Equipment Appraisal
Price-Driscoll Corporation
Project Number: BV13-156

| Item # | Description | FMV-IP |
|---|---|---|
| 18 | Toyota Model 42GFGCU15, LPG Forklift Truck, S/N 66334, 2,800-Lb Capacity, OROP, Side Shift, Lights, Very Good Condition | $ 6,000 |
| 19 | Miscellaneous Equipment Including But Not Limited To: Portable Stairs, Pallet Jack, Work Benches, (3) Desk Chairs, Dolly, Tape Dispenser, (2) 4' x 4' Wooden Tables, Metal Cabinets, Etc. | $ 600 |
| | **Total Shipping Area** | **$ 16,500** |
| | **Maintenance Area** | |
| 20 | Miscellaneous Equipment Including But Not Limited To: (25) Various Size/Capacity Metal Shelves; Ladders; Parts Bins; Various Hand Tools; Spare Parts; Various Electric Hand Tools, (2) Double Sided Grinders; Work Bench; Wilton Vise; Band Saws; Etc. | $ 6,500 |
| 21 | Dayton 8" Double Sided Bench Grinder | $ 200 |
| 22 | 1991 MSC Model 0951450, 6" Belt & 9" Disc Grinder | $ 225 |
| 23 | Central Hydraulics 12-Ton H-Frame Shop Press, w/ Dayton 8-Ton Hydraulic Jack, Fair Condition | $ 125 |
| 24 | Enco Model 40005, Vertical Drill Press, S/N B1-05-1800, Good Condition | $ 275 |
| 25 | Jet Model JVM-830F, Vertical Milling Machine, S/N 8601, Fair Condition | $ 1,500 |
| 26 | 1981 Enco Model 360, Vertical Band Saw, S/N 36494, Fair Condition | $ 1,000 |
| 27 | Jet Model 1024P, Cabinet Base Lathe, S/N 102214, 10" Swing Over Bed, 5-1/2" Swing Over Saddle, 24" Distance Between Centers, Good Condition | $ 1,200 |
| 28 | Van Dorn Molding Machine, (Not In Service), Fair Condition | $ 400 |
| 29 | Empire Sand Blast Cabinet, Fair Condition | $ 450 |
| | **Total Maintenance Area** | **$ 11,875** |

Report Date: June 6, 2013
Effective Date: May 14, 2013
Location: Waterford, Connecticut

Machinery & Equipment Appraisal
Price-Driscoll Corporation
Project Number: BV13-156

| Item # | Description | FMV-IP |
|---|---|---|
| | **Aerosol Laboratory** | |
| 30 | Labconco Model 35925, Explosion Proof Fume Hood, 30-Gallon Capacity, Good Condition | $ 3,000 |
| 31 | Miscellaneous Equipment Including But Not Limited To: Desk, Chair, File Cabinet, VWR Temperature Bath, Glassware, Etc. | $ 300 |
| | **Total Aerosol Laboratory** | **$ 3,300** |
| | **Tanks** | |
| 32 | 1976 Master 5,500 Gallon Propane Tank, S/N D-9781, 22' x 8', Single Wall, Tank #1, (Contains HFC-134a Propellant) Good Condition | $ 10,000 |
| 33 | 1976 Master 5,500 Gallon Propane Tank, S/N D-9783, 22' x 8', Single Wall, Tank #2, (Empty) Good Condition | $ 10,000 |
| 34 | 1976 Master 5,500 Gallon Propane Tank, S/N D-9784, 22' x 8', Single Wall, Tank #3, (Empty) Good Condition | $ 10,000 |
| 35 | 1967 Trinity Industries 6,000 Gallon Solvent Storage Tank, S/N D-79459, Single Wall, Tank #4, Pressurized/Teflon Seal, Explosion Proof Monitors & Disconnects, (Empty) Good Condition | $ 12,000 |
| 36 | 1959 Make N/A 4,000 Gallon Solvent Storage Tank, S/N N/A, Single Wall, Tank #5, Not Pressurized, Desiccant Air Dryer, Explosion Proof Monitors & Disconnects, (Empty) Good Condition | $ 8,000 |
| 37 | 1965 Bethlehem Steele Co. 3,000 Gallon Solvent Storage Tank, S/N W-6588, Single Wall, Tank #6, Pressurized/Teflon Seal, Explosion Proof Monitors & Disconnects, (Empty) Good Condition | $ 6,500 |
| 38 | 1973 Master 5,500 Gallon Propane Tank, S/N D-7691, 22' x 8', Single Wall, Tank #7, Heat Activated Dry-Line Sprinkler System, Class I Motors/Disconnects/ AU Electrics, Pneumatic Shutoff Valves, (Contains Dimethyl Ether DME) Good Condition | $ 15,000 |



Report Date: June 6, 2013
Effective Date: May 14, 2013
Location: Waterford, Connecticut

Machinery & Equipment Appraisal
Price-Driscoll Corporation
Project Number: BV13-156

| Item # | Description | FMV-IP |
|---|---|---|
| 39 | 1972 Master 5,500 Gallon Propane Tank, S/N D-5248, 22' x 8', Single Wall, Tank #8,  Heat Activated Dry-Line Sprinkler System, Class I Motors/Disconnects/ AU Electrics, Pneumatic Shutoff Valves, (Contains Propane) Good Condition | $    15,000 |
| 40 | 1980 Master 5,500 Gallon Propane Tank, S/N DB-325, 22' x 8', Single Wall, Tank #9, (Contains HFC-152a) Good Condition | $    10,000 |
| 41 | 1998 Trinity Industries 1,000 Gallon Jockey Propane Tank, Trailer Mounted, S/N 283146, Tank #10, Fair Condition (Not In Use) | $     2,000 |
| | **Total Tanks** | **$    98,500** |

### Warehouse Area

| Item # | Description | FMV-IP |
|---|---|---|
| 42 | (21) Sections of Approximately 15' x 8' x 36" Medium Duty Pallet Racking, Good Condition | $     5,250 |
| 43 | Strato Scissor Lift, Fair Condition | $     3,500 |
| 44 | Quincy Spare Horizontal Tank Air Compressor, Fair Condition (Not In Use) | $     1,000 |
| 45 | Toro Snow Blower, (Not Physically Inspected) | $       600 |
| 46 | (4) 150-Gallon Stainless Steel Mixing Kettles, Good Condition | $     1,600 |
| 47 | 110-Gallon Stainless Steel Jacketed Mixing Kettle, Good Condition | $       300 |
| 48 | Snow Ex MiniPro 575 Sand Spreader | $       700 |
| | **Total Warehouse Area** | **$    12,950** |

### Office Area

| Item # | Description | FMV-IP |
|---|---|---|
| 49 | Miscellaneous Office Equipment Including But Not Limited To: Desktop Computers, Metal Shelving, 4-Drawer Vertical Metal File Cabinets, 2-Drawer Metal Vertical File Cabinets, 5-Drawer Plans Cabinets, Desks, Chairs, 10' x40" Conference Table, Credenzas, Executive Office Sets, Printers, Couch, Etc. | $     7,750 |
| | **Office Area Total** | **$     7,750** |
| | **Grand Total** | **$   211,725** |



**ProVisco Corporated**
**Inventory Valuation Summary**
As of March 3, 2023

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| **Inventory** | | | | | | |
| >A_47V 1,000cs Silicone (47V 1000cs Silicone Net weight: 441 lbs. per drum) | 291.68 | lb | 2.96 | 862.57 | 0.00 | 0.00 |
| >A_47V 10,000cs Silicone (47V 10,000cs Silicone Net weight: 40 lbs. per pail) | 8.80 | lb | 7.76 | 68.25 | 0.00 | 0.00 |
| >A_47V 100cs Silicone (47V 100cs Silicone Net weight: 441 lbs. per drum) | 201.00 | lb | 6.68 | 1,343.58 | 0.00 | 0.00 |
| >A_47V 20cs Silicone (47V 20cs Silicone Net weight: 441 lbs. per drum) | 269.00 | lb | 4.80 | 1,291.20 | 0.00 | 0.00 |
| >A_47V 30,000cs Silicone (47V 30000cs Silicone Net Weight: 441 lbs. per drum) | 444.88 | lb | 2.31 | 1,027.79 | 11.02 | 4,902.58 |
| >A_47V 350cs Silicone (47V 350cs Silicone Net Weight: 441 lbs. per drum) | 813.02441 | lb | 6.04 | 4,912.79 | 14.10 | 11,463.64 |
| >A_47V 60,000cs Silicone (47V 60000cs Silicone Net weight: 441 lbs. per drum) | 275.192 | lb | 5.75 | 1,582.35 | 11.02 | 3,032.62 |
| >A_50-HB2000 (Ucon 50HB2000 Water Soluble Net 460 lbs. per drum  Univar Item#834... | 97.44 | lb | 7.46 | 726.48 | 9.87 | 961.73 |
| >A_ALOX-2165 (Alox-2165  net wt 400 lbs.) | 385.81 | lb | 3.63 | 1,400.49 | 0.00 | 0.00 |
| >A_ALOX165 (Alox-165  net wt 400 lbs.) | 196.50 | lb | 1.25 | 245.63 | 0.00 | 0.00 |
| >A_CARNAUBA NF#420F (Carnauba Wax NF #420F  (Packaged in 25kg (55.115 lbs per car... | 0.00 | lb | 6.93 | 0.00 | 0.00 | 0.00 |
| >A_CARNAUBA_S&P (Strahl & Pitsch Carnauba Wax #10-0112  (Packaged in 25kg (55.115... | 13.46725 | lb | 6.37 | 85.82 | 0.00 | 0.00 |
| >A_CoatOSil 722 (CoatOSil 722 Copolymer  Net Weight: 40 lbs. per pail) | 29.00 | lb | 24.50 | 710.50 | 28.78 | 834.62 |
| >A_DC-20 (Dow Corning(R) 20 Release Coating  Net weight: 375 lbs. per drum) | 63.76 | lb | 45.78 | 2,918.61 | 0.00 | 0.00 |
| >A_DRAKEOL35 (MINERAL OIL  net wt 403 lbs.) | 305.185 | lb | 1.05 | 320.42 | 0.00 | 0.00 |
| >A_FBL-0563 (Dow Corning FBL-0563  (replacement for GE SS4098)  Net Weight: 385 ... | 322.6018 | lb | 16.82 | 5,426.51 | 0.00 | 0.00 |
| >A_LECITHIN HR (Solec HR by Solae  net wt 420 lbs.) | 172.00 | lb | 1.28 | 219.81 | 0.00 | 0.00 |
| >A_PIF CONC (PIF CONCENT -30# LOT) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >A_PIF CONC HEPT (PIF CONC w/Heptane 30#) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >A_PETROLATUM (Penreco Regent White  net wt 386 lbs.) | 57.61127 | lb | 2.49 | 143.50 | 0.00 | 0.00 |
| >A_PR222 CONC (ConcForK93 Pattern Rls) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >A_PTFE in IPA (DuPont PTFE in IPA  Net weight: 220 lbs. per drum  *Alt. chemical... | 84.20 | lb | 23.64 | 1,990.49 | 0.00 | 0.00 |
| >A_UCON LB-1145 (UCON LB-1145  Net weight: 452 lbs. per drum) | 118.75 | lb | 5.38 | 638.79 | 13.48 | 1,600.75 |
| >A_Xiameter OFX-0193 (Xiameter OFX  0193 Fluid Surfactant  Net weight: 44 lbs. pe... | 9.0925 | lb | 14.85 | 135.02 | 48.35 | 439.62 |
| >A_Xiameter OFX-0203 (Xiameter OFX-0203  Net weight 44 lbs. per pail) | 79.00 | lb | 22.05 | 1,741.95 | 0.00 | 0.00 |
| >A_Xiameter OFX-0230 (Xiameter OFX-0230  Net weight 44 lbs. per pail) | 367.68971 | lb | 23.02 | 8,924.69 | 0.00 | 0.00 |
| >CANS_1GALCONT-METL (1 GAL METAL CONTAINER with cap  F'reund Item #1900T15  Steel ... | 15.9994 | ea | 0.17 | 2.71 | 0.00 | 0.00 |
| >CANS_5GALPAIL-SPOUT (63MM Rieke Flexspout  (Polypropylene)) | 38.00 | | 0.60 | 22.76 | 0.00 | 0.00 |
| >CANS_5GALPAILS-METL (5 Gal Gray E-6 Lined  (2-coat Green Phenolic lining)) | 33.00 | | 22.78 | 751.60 | 0.00 | 0.00 |
| >CANS_ACCU-POUR (Cans, 211x600 Accu-Pour (16 oz.)  1-1/8" Beta  Vendor Part# TCC0... | 1,200.00 | | 1.26 | 1,512.00 | 0.00 | 0.00 |
| >CANS_ALUM76X263 (Cans 1pc 2# 2Q 76x263) | 132.00 | | 1.69 | 223.08 | 0.00 | 0.00 |
| >CANS_BTS_DS211X604 (DSC Cans 211x604  BTS Litho Blue  Packed 2280 per skid) | 12,392.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >CANS_BTS_DS211X713 (DSC Cans 211x713  BTS Litho Blue  Packed 2280 per skid) | 12,920.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >CANS_CYLINDER PLUGS (Valve Cap Plug-Plastic) | 85.00 | | 0.16 | 13.60 | 0.00 | 0.00 |
| >CANS_CYLINDERS (Disposable Cylinders) | 224.00 | | 44.89 | 10,055.10 | 0.00 | 0.00 |
| >CANS_DRUM (55 GALLON STEEL DRUM) | 4.00 | ea | 71.78 | 287.13 | 0.00 | 0.00 |
| >CANS_DS211X604 (DSC Cans 211x604  Packed 2280 per skid) | 8,330.00 | | 0.41 | 3,424.13 | 0.00 | 0.00 |
| >CANS_DS211X713 (DSC Cans 211x713  Packed 2280 per skid) | 3,896.00 | | 0.47 | 1,832.06 | 0.00 | 0.00 |
| >CANS_PLAIN (Cans 2:11x6:04 Plain 2Q  Plain O/S Packed 2160 cans per ... | 24,760.00 | | 0.60 | 14,911.91 | 0.00 | 0.00 |
| >CANS_QUARTCAN (QUART CAN - 2#) | 51.00 | | 0.87 | 44.37 | 0.00 | 0.00 |
| >CANS_SEXTON A61 (211x604 ITW Sexton Aerosol Can, white, step shoulder profile, D... | 3,132.00 | | 0.70 | 2,192.40 | 0.00 | 0.00 |
| >CANS_SEXTONA70 (ITW-A70  300x1006, SP10232, White  Step shoulder profile  1,152/... | 9,672.00 | | 2.90 | 28,048.80 | 0.00 | 0.00 |
| >CAPS_1GAL-SEALS (1.75in Delta Inner Seals - 6381  For use with 1 gal Steel F-Sty... | 355.00 | ea | 0.08 | 27.24 | 0.00 | 0.00 |
| >CAPS_1GAL CAP (Silver 1 3/4in Delta Screw Cap - X175  For use with 1 gal Steel F... | 103.00 | ea | 0.23 | 24.11 | 0.00 | 0.00 |
| >CAPS_211 (Caps 2:11 DS White P/P  Berry Item #213941  Packaged (612) caps per bo... | 47.00 | | 0.00 | 0.13 | 0.00 | 0.00 |
| >CAPS_218L (Caps 2:11 DS Black P/P  Packaged (612) caps per box, 20 boxes per pa... | 28,587.00 | | 0.09 | 2,599.93 | 0.00 | 0.00 |
| >CAPS_BETA CAP LINED (Tri-Foil lined cap   VBC Code: 118-B-CAP-L026  Our Code: X... | 8,775.00 | | 0.06 | 531.83 | 0.00 | 0.00 |
| >CAPS_GEAR CAP BL (Gear Style Cap - BLACK  To fit 2:11x6:04 DS Container  ) | 7,752.00 | | 0.02 | 189.92 | 0.00 | 0.00 |
| >CAPS_STACKER CAP BLACK (Stacker Cap - BLACK) | 33,654.00 | ea | 0.03 | 1,077.76 | 0.00 | 0.00 |
| >CAPS_STACKER CAP REFLEX BL (Stacker Cap - REFLEX BLUE  MOQ is 27,500 = 10 boxes ... | 20,230.00 | ea | 0.03 | 680.34 | 0.00 | 0.00 |
| >CAPS_STACKER CAP WHITE (Stacker Cap - WHITE  ) | 36,244.00 | ea | 0.03 | 1,199.43 | 0.00 | 0.00 |
| >CARTON_1CAN (1 CAN CARTON) | 3.00 | | 0.64 | 1.72 | 0.00 | 0.00 |
| >CARTON_1G UN 1Pak (Item #UNIP1FGC1U  Item includes: carton, tape, plastic bag & ... | 34.00 | ea | 4.58 | 155.63 | 0.00 | 0.00 |
| >CARTON_1G UN 2Pak (Item #UNIP2FGC2UA  Item includes: cartons, tape & plastics ba... | 7.00 | ea | 19.50 | 136.45 | 0.00 | 0.00 |
| >CARTON_1G UN 8Pak (UN Spec cartons  Item #UNINP6FGC0R1  Item includes: cartons... | 13.9993 | ea | 11.66 | 163.49 | 11.13 | 155.81 |
| >CARTON_2CAN (2 CAN CARTON) | 127.00 | | 1.01 | 128.27 | 0.00 | 0.00 |
| >CARTON_32ECT1 (10-3/4 x 8-1/16 x 8  32ECT Level I  Aerosols) | 3,440.92736 | ea | 0.57 | 1,963.10 | 0.00 | 0.00 |
| >CARTON_32ECT2 (10-3/4 x 8-1/16 x 8) | 23.77627 | | 0.65 | 15.53 | 0.00 | 0.00 |
| >CARTON_32ECT3 (10-3/4 x 8-1/16 x 8) | 182.92 | | 0.51 | 92.64 | 0.00 | 0.00 |
| >CARTON_44ECT (44ECT CARTONS (275T)) | 5,569.4914 | | 0.64 | 3,563.46 | 0.00 | 0.00 |
| >CARTON_4CAN (4 CAN CARTON  32 3/8 x 27 7/8  200 B 42MW2  File #29385) | 187.00 | | 2.25 | 421.84 | 0.00 | 0.00 |
| >CARTON_4G-5G-P (4G-5G-P, 4GV37.9/S/11 Carton #6-12-00005G, 6-50-001500  Item i... | 8.00 | ea | 13.05 | 104.39 | 0.00 | 0.00 |
| >CARTON_5 GAL. (5-gallon pail box) | 86.00 | | 2.57 | 221.32 | 0.00 | 0.00 |
| >CARTON_6 CAN (6 CAN CARTON  Dimensions: 8-1/16" x 5-3/8" x 8-1/8") | 525.00 | ea | 0.79 | 414.68 | 0.00 | 0.00 |
| >CARTON_BTS_16oz (12 x 16 DSC BTS Printed Carton) | 1,179.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >CARTON_BTS_20oz (BTS 32# ECT DSC 12 pk for 211 X 713  10-3/4 X 8-1/16 X 9-7/8) | 1,841.51234 | | 0.00 | 0.00 | 0.00 | 0.00 |
| >CARTON_INSERT (Triangle Insert/5G Box) | 66.00 | | 0.51 | 33.60 | 0.00 | 0.00 |
| >CARTON_Loctite (Loctite Box #BX4120-1  RSC GLUE IN 4P-1C  10 3/4 x 8 1/16 x 8  2... | 3,709.63764 | | 0.63 | 2,328.50 | 0.00 | 0.00 |

Ryan Driscoll Companies
Inventory Valuation Summary
As of March 3, 2023

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| >CARTON_NESTS (Nests Chipboard Item# NESTS:1783 Packaged 140 per box, 47 boxes ... | 9,826.07764 | | 0.52 | 5,084.77 | 0.00 | 0.00 |
| >CARTON_PAD-CYLIN (12 X 12 Cylinder Pads) | 19.00 | | 0.42 | 7.83 | 0.00 | 0.00 |
| >CARTON_PADS (Pads:32ECT "C" Flute) | 8,431.35037 | | 0.15 | 1,240.66 | 0.00 | 0.00 |
| >LABEL_Clean_Epoxy_Aerosol (Price_EpoxyClean_Aerosol  Epoxy Clean Aerosol Pressur... | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_Clean_Fast_Aerosol (Price_FastClean_Fast Evaporate  Fast Clean Aerosol Pre... | 1,350.002 | ea | 0.15 | 203.59 | 0.00 | 0.00 |
| >LABEL_Grease_Aerosol (Price_GreaseClean_Aerosol  Grease Clean Aerosol Pres... | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_Clean_Heavy_Aerosol (Price_HeavyClean_Aerosol  Heavy Clean Aerosol Pressur... | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_Clean_Orange_Aerosol (Price_OrangeClean_Low VOC Citrus  Orange Clean Aeros... | 2,000.00 | ea | 0.15 | 301.62 | 0.00 | 0.00 |
| >LABEL_Clean_Poly_Aerosol (Price_PolyClean_Aerosol  Poly Clean Aerosol Pressure S... | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_Clean_Power_Aerosol (Price_PowerClean_Zero VOC Cleane  Power Clean Aerosol... | 1,364.96 | ea | 0.15 | 205.85 | 0.00 | 0.00 |
| >LABEL_PD_CYL_BLUE U3 (Blue Label ULTRA 3 CYLINDER LABELS  12/17 (3 part)) | 56.08345 | | 2.93 | 164.15 | 0.00 | 0.00 |
| >LABEL_PD_CYL_ICR (ICR Cylinder Label  (Rev 5/15)   *PMS) | 48.00 | | 2.97 | 142.63 | 0.00 | 0.00 |
| >LABEL_PD_CYL_ICR_SILICONE (ICR Silicone Cyl Label  (Rev 2/17)   *PMS) | 67.00 | | 3.43 | 229.96 | 0.00 | 0.00 |
| >LABEL_PD_CYL_ICR_WS (WaterSoluble ICR Cyl.  (GHS 5/7/15)   *PMS) | 44.00 | | 2.99 | 131.53 | 0.00 | 0.00 |
| >LABEL_PD_CYL_PREM PARFILM (Premium Par-Film Mold Release Label  (for PD SEM Asia... | 328.00 | | 0.22 | 72.76 | 0.00 | 0.00 |
| >LABEL_PD_CYL_U4 (Ultra 4 Cylinder Label  Rev 9/5/17) | 100.00 | | 2.95 | 295.00 | 0.00 | 0.00 |
| >LABEL_PD_CYL_U4_EPOXY (Ultra 4 Cylinder Label - Epoxy  Rev 9/5/17) | 31.00 | | 2.20 | 68.29 | 0.00 | 0.00 |
| >LABEL_PD_CYL_U4_URETHANE (Ultra 4 Cylinder Label - Urethane  Rev 9/5/17) | 60.00 | | 2.95 | 177.00 | 0.00 | 0.00 |
| >LABEL_PD_CYL_YELLOW_PLATINUM (Yellow Platinum CYLIND  (Rev 11/15)  *PMS) | 82.00008 | | 2.74 | 224.42 | 0.00 | 0.00 |
| >LABEL_PD_ICR_FAST (ICR Fast 2 Shell Label  Pressure Sensitive) | 4,710.3366 | | 0.12 | 542.12 | 0.00 | 0.00 |
| >LABEL_PD_ICR_FAST_ITALIAN (ICR Fast 2 Shell label - ITALIAN  Pressure Sensitive ) | 3,480.0128 | ea | 0.14 | 497.71 | 0.00 | 0.00 |
| >LABEL_PD_ICR_SILICONE (ICR Silicone Release  Pressure Sensitive) | 79.00 | | 0.15 | 11.92 | 0.00 | 0.00 |
| >LABEL_PD_ICR_WS_3% (3%WaterSoluble ICR Pressure Label  Pressure Sensitive) | 363.00 | ea | 0.10 | 35.71 | 0.00 | 0.00 |
| >LABEL_PD_SSYELLWB (Yellow Label SpinSpray  Pressure Sensitive) | 244.92327 | | 0.13 | 32.21 | 0.00 | 0.00 |
| >LABEL_PD_U4 POLYPROPYLENE (Ultra4 Polypropylene  Pressure Sensitive) | 1,000.00 | | 0.22 | 221.83 | 0.00 | 0.00 |
| >LABEL_PL_ADS #5824 (ADS #5824-1 Silicone Mold Release  aerosol can label  Pressu... | 2,798.76721 | | 0.14 | 380.49 | 0.00 | 0.00 |
| >LABEL_PL_ADS QUICKSLIP (ADS Quick Slip Mold Release  Pressure Sensitive) | 600.00 | | 0.14 | 81.02 | 0.00 | 0.00 |
| >LABEL_PL_ALUMILIT (Alumilite UMR 12 oz.  Pressure Sensitive) | 3,220.00 | | 0.17 | 547.84 | 0.00 | 0.00 |
| >LABEL_PL_Alumilite_Release (Alumilite Private Label  US version) | 19,596.00 | ea | 0.10 | 2,021.30 | 0.00 | 0.00 |
| >LABEL_PL_Alumilite_Release_CAN (Alumilite Private Label  Canadian version) | 3,996.00 | ea | 0.12 | 461.10 | 0.00 | 0.00 |
| >LABEL_PL_BTS_00006 (BTS Silicone Spray  English/Spanish) | 10,500.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_PL_BTS_00056 (BTS Silicone Spray Food Grade  English/Spanish) | 1,134.67856 | ea | 0.11 | 126.47 | 0.00 | 0.00 |
| >LABEL_PL_BTS_90006 (BTS Silicone Spray  English/Arabic) | 4,215.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_PL_BTS_90017 (BTS PT-1 Penetrating Oil  English/Arabic) | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_PL_BTS_90071 (BTS Silicone Mould Release  English/Arabic) | 13,764.51234 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_PL_BTS_90071_END (BTS Silicone Mould Release End Label  English/Arabic) | 3,000.00 | ea | 0.09 | 270.51 | 0.00 | 0.00 |
| >LABEL_PL_Cartol_SILX (Cartol Sil-X Label) | 4,620.00 | ea | 0.14 | 646.63 | 0.00 | 0.00 |
| >LABEL_PL_CASTALDO (CASTALDO LABEL   Jewerly Mold Release Spray (red label)  Pre... | 3,297.00 | | 0.13 | 430.44 | 0.00 | 0.00 |
| >LABEL_PL_Etchcom (Etchcom Aero Etch Label) | 1,463.00436 | ea | 0.13 | 185.95 | 0.00 | 0.00 |
| >LABEL_PL_Frekote 1711 (Frekote 1711 Label  Pressure Sensitive) | 1,807.00 | ea | 0.12 | 216.54 | 0.00 | 0.00 |
| >LABEL_PL_Frekote 55-NC (Frekote 55-NC Label Pressure Sensitive) | 1,438.00 | ea | 0.16 | 229.19 | 0.00 | 0.00 |
| >LABEL_PL_Frekote 700-NC (Frekote 700-NC Label Pressure Sensitive) | 2,799.00 | ea | 0.13 | 366.37 | 0.00 | 0.00 |
| >LABEL_PL_Frekote 770-NC (Frekote 770-NC Label Pressure Sensitive) | 2,437.00 | ea | 0.13 | 328.69 | 0.00 | 0.00 |
| >LABEL_PL_Frekote 800-NC (Frekote 800-NC Label Pressure Sensitive ) | 199.00 | ea | 0.14 | 28.78 | 0.00 | 0.00 |
| >LABEL_PL_Frekote AC4368 (Frekote AC4368 Label Pressure Sensitive) | 0.00 | ea | 0.13 | -0.01 | 0.00 | 0.00 |
| >LABEL_PL_Frekote EXITT (Frekote EXITT Label Pressure Sensitive) | 9,448.00 | ea | 0.11 | 1,063.15 | 0.00 | 0.00 |
| >LABEL_PL_Frekote HMT-2 (Frekote HMT-2 Label Pressure Sensitive ) | 11,264.00 | ea | 0.11 | 1,240.74 | 0.00 | 0.00 |
| >LABEL_PL_Frekote LIFFT (Frekote LIFFT Label  Pressure Sensitive) | 1,933.00 | ea | 0.14 | 274.56 | 0.00 | 0.00 |
| >LABEL_PL_FWParker (F.W. Parker Cleaner) | 3,700.04 | ea | 0.12 | 426.95 | 0.00 | 0.00 |
| >LABEL_PL_Hapco_Eject-It E23 (Hapco Private Label  Eject-it 23) | 706.00 | ea | 0.22 | 157.38 | 0.00 | 0.00 |
| >LABEL_PL_Hapco_LCT (Hapco Private Label LCT (E25)) | 700.00 | ea | 0.22 | 155.28 | 0.00 | 0.00 |
| >LABEL_PL_Hapco_PET (Hapco Private Label  PET (Poly Parfilm)) | 400.00 | ea | 0.22 | 88.73 | 0.00 | 0.00 |
| >LABEL_PL_REPLICAST (Replicast 101MR Label for aerosol cans  Pressure Sensitive) | 246.00232 | | 0.25 | 60.60 | 0.00 | 0.00 |
| >LABEL_PL_S&S_Hyster (3003950_HYSTER UNISOURCE PARTS CLEANER) | 973.8453 | ea | 0.10 | 96.05 | 0.00 | 0.00 |
| >LABEL_PL_S&S_SDC (S&S Nonlimited SDC Cleaner) | 4,889.06752 | ea | 0.14 | 702.92 | 0.00 | 0.00 |
| >LABEL_PL_ZIPSLIP3 (Zip-Slip LR-24B Label  Pressure Sensitive) | 122.0022 | | 0.22 | 27.07 | 0.00 | 0.00 |
| >LABEL_SP_GP EA (Sprits General Purpose EA-3  Pressure Sensitive) | 1,644.0022 | | 0.15 | 247.16 | 0.00 | 0.00 |
| >LABEL_SP_GP GF (Sprits General Purpose GF Label  Pressure Sensitive) | 1,291.77785 | | 0.14 | 183.19 | 0.00 | 0.00 |
| >LABEL_SP_PAINT EA (Sprits Paintable EA-3  Pressure Sensitive) | 1,285.0022 | | 0.22 | 287.64 | 0.00 | 0.00 |
| >LABEL_SP_PAINT GF (Sprits PAINTABLE GF labels  Pressure Sensitive) | 1,205.00 | | 0.15 | 181.73 | 0.00 | 0.00 |
| >LABEL_Supra_CLR_Aerosol (Supralease CLR Aerosol  Pressure Sensitive) | 433.0022 | | 0.15 | 65.30 | 0.00 | 0.00 |
| >LABEL_Supra_CRN_Aerosol (Supra_CRN_Aero_Label  Pressure Sensitive) | 1,339.60063 | ea | 0.12 | 155.24 | 0.00 | 0.00 |
| >LABEL_Supra_IC3_Aerosol (Supralease ICR WaterSoluble 3% Label  Pressure Sensitive) | 1,961.00 | | 0.12 | 229.93 | 0.00 | 0.00 |
| >LABEL_Supra_ICW_Aerosol (Supralease ICR WaterSoluble Label  Pressure Sensitive) | 7,494.92058 | | 0.12 | 889.15 | 0.00 | 0.00 |
| >LABEL_Supra_LCT_Aerosol (Supralease LCT Aerosol  Pressure Sensitive) | 1,081.00 | | 0.15 | 163.03 | 0.00 | 0.00 |
| >LABEL_Supra_PTR_Aerosol (Supralease PTR Aerosol  Pressure Sensitive) | 2,252.92627 | | 0.14 | 318.01 | 0.00 | 0.00 |
| >LABEL_Supra_TFL_Aerosol (Supralease TFL Aerosol  Pressure Sensitive) | 1,259.00 | | 0.15 | 189.87 | 0.00 | 0.00 |
| >LABEL_Supra_WSR_Aerosol (Supralease WSR Aerosol  Pressure Sensitive) | 678.00 | | 0.15 | 102.25 | 0.00 | 0.00 |
| >LABEL_Ultra_APR_GP_Aerosol (Ultra_APR_GP_Aero_Label  Pressure Sensitive  *Replac... | 825.75669 | ea | 0.14 | 119.07 | 0.00 | 0.00 |

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| >LABEL_Ultra_APR_NF_Aerosol (Ultra_APR_NF_Aero_Label  Pressure Sensitive *Replac... | 2,320.00 | ea | 0.15 | 357.28 | 0.00 | 0.00 |
| >LABEL_Ultra_APR_S_Aerosol (Ultra_APR_S_Aero_Label  Pressure Sensitive *Replaces... | 1,501.00 | ea | 0.22 | 332.97 | 0.00 | 0.00 |
| >LABEL_Ultra_CST_Aerosol (Ultra_CST_Aero_Label  Pressure Sensitive) | 2,000.00 | ea | 0.15 | 301.62 | 0.00 | 0.00 |
| >LABEL_Ultra_CUR_Aerosol (Ultra_CUR_Aero_Label  Pressure Sensitive  Replaces Ejec... | 2,000.00 | ea | 0.15 | 301.62 | 0.00 | 0.00 |
| >LABEL_Ultra_EPX_GP_Aerosol (Ultra_EPX_GP_Aero_Label  Pressure Sensitive  **Repla... | 5,129.0256 | ea | 0.12 | 633.73 | 0.00 | 0.00 |
| >LABEL_Ultra_EPX_NF_Aerosol (Ultra_EPX_NF_Aero_Label  Pressure Sensitive  **Repla... | 6,956.0044 | ea | 0.13 | 918.26 | 0.00 | 0.00 |
| >LABEL_Ultra_HDR_GP_Aerosol (Ultra_HDR_GP_Aero_Label  Pressure Sensitive  *Replac... | 1,260.0066 | ea | 0.16 | 203.26 | 0.00 | 0.00 |
| >LABEL_Ultra_HDR_S_Aerosol (Ultra_HDR_S_Aero_Label  Pressure Sensitive  *Replaces... | 1,500.00 | ea | 0.22 | 332.75 | 0.00 | 0.00 |
| >LABEL_Ultra_ICS_Aerosol (ICS Silicone Label  Pressure Sensitive  *Replaces ICR S... | 314.19382 | ea | 0.14 | 45.12 | 0.00 | 0.00 |
| >LABEL_Ultra_LTR_S_Aerosol (Ultra_LTR_S_Aero_Label  Pressure Sensitive  *Replaces... | 1,500.00 | ea | 0.22 | 332.75 | 0.00 | 0.00 |
| >LABEL_Ultra_MXR_GP_Aerosol (Ultra_MXR_GP_Aero_Label  Pressure Sensitive  *Replac... | 0.00 | ea | 0.00 | 0.00 | 0.00 | 0.00 |
| >LABEL_Ultra_MXR_S_Aerosol (Ultra_MXR_S_Aero_Label  Pressure Sensitive  *Replaces... | 1,500.00 | ea | 0.22 | 332.75 | 0.00 | 0.00 |
| >LABEL_Ultra_PET_GP_Aerosol (Ultra_PET_GP_Aero_Label  Pressure Sensitive  **Repla... | 359.10069 | ea | 0.14 | 49.31 | 0.00 | 0.00 |
| >LABEL_Ultra_PET_NF_Aerosol (Ultra_PET_NF_Aero_Label  Pressure Sensitive  **Repla... | 2,625.0022 | ea | 0.22 | 590.20 | 0.00 | 0.00 |
| >LABEL_Ultra_PNT_GP_Aerosol (Ultra_PNT_GP_Aero_Label  Pressure Sensitive  *Replac... | 0.00 | ea | 0.13 | 0.00 | 0.00 | 0.00 |
| >LABEL_Ultra_PNT_S_Aerosol (Ultra_PNT_S_Aero_Label  Pressure Sensitive  *Replaces... | 180.00 | ea | 0.22 | 39.93 | 0.00 | 0.00 |
| >LABEL_Ultra_SLP_Aerosol (Ultra_SLP_Aero_Label  Pressure Sensitive  Replaces Ejec... | 5,850.01204 | ea | 0.14 | 807.97 | 0.00 | 0.00 |
| >LABEL_Ultra_TMP_Aerosol (Ultra_TMP_Aero_Label  Pressure Sensitive  Replaces Ejec... | 2,679.00 | ea | 0.15 | 411.42 | 0.00 | 0.00 |
| >LABEL_Ultra_URE_GP_Aerosol (Ultra_URE_GP_Aero_Label  Pressure Sensitive  **Repla... | 577.01332 | ea | 0.13 | 77.34 | 0.00 | 0.00 |
| >LABEL_Ultra_URE_NF_Aerosol (Ultra_URE_NF_Aero_Label  Pressure Sensitive  **Repla... | 1,084.58411 | ea | 0.22 | 243.86 | 0.00 | 0.00 |
| >MISC_HOSE PTFE/SS (12 foot hose (stainless steel overbraid)  Accessory item for ... | 4.00 | ea | 75.01 | 300.03 | 94.00 | 376.00 |
| >MISC_ISPM PALLET (ISPM Certified Pallet) | 16.00 | | 9.00 | 144.00 | 25.00 | 400.00 |
| >MISC_MAGNET (M0-80E Magnet) | 20.00 | | 1.03 | 20.54 | 0.00 | 0.00 |
| >MISC_MARBLE (MARBLE 9/16"  Packaged 3,000 per carton) | 9,993.00 | | 0.01 | 130.20 | 0.00 | 0.00 |
| >MISC_SHIPLABEL (SHIPPING LABEL-5GL/DRM) | 0.00 | | 0.47 | 0.00 | 0.00 | 0.00 |
| >P_134A (PROPELLANT P-134a  Chemical name: 1,1,1,2-Tetrafluoroethane  *For bulk c... | 2,952.808 | lb | 10.73 | 31,676.78 | 0.00 | 0.00 |
| >P_152A (HFC-152a  Chemical name: 1,1-Difluoroethane  *For bulk chemical tank #9") | 6,715.37188 | lb | 2.49 | 16,715.38 | | 0.00 |
| >P_A108 (A108 Propane  *For bulk chemical tank #8"  ) | 5,924.29 | lb | 0.67 | 3,966.41 | 0.00 | 0.00 |
| >P_DME (DME  Chemical Name: Dimethyl Ether  *For bulk chemical tank #7"  (5,579 p... | 4,616.70096 | lb | 1.17 | 5,384.66 | 0.00 | 0.00 |
| >P_HFO-1234ze (HFO-1234ze ) | 241.90 | lb | 8.50 | 2,056.15 | 0.00 | 0.00 |
| >P_NP-70 (NP-70  1,000 minimum gallon order (4,523 lbs)) | 0.00 | lb | 3.65 | 0.00 | 0.00 | 0.00 |
| >S_Acetone (Acetone  Net weight  453 lbs. per drum) | 358.00 | lb | 1.31 | 468.98 | 0.00 | 0.00 |
| >S_DBE (Dibasic Ester  **OBSOLETE MATERIAL**  Net weight 46 lbs. per pail) | 0.00 | lb | 1.92 | 0.00 | 0.00 | 0.00 |
| >S_DLIMO (d-Limonene  Net weight 390 lbs. per drum) | 223.00 | lb | 2.89 | 644.58 | 0.00 | 0.00 |
| >S_Dowanol_DPMA (DOWANOL DPMA Dipropylene Glycol Methyl Ether Acetate  Net weight... | 450.00 | lb | 2.98 | 1,341.00 | 0.00 | 0.00 |
| >S_Dowanol_DPnB (DOWANOL DPnB Dipropylene Glycol n-Butyl Ether  Net weight: 448 l... | 301.804 | lb | 3.05 | 920.50 | 0.00 | 0.00 |
| >S_Dowanol_PNB (Glycol Ether PNB-Lyondell/Dow  Net weight: 448 lbs. per drum  SAP... | 403.00 | lb | 2.92 | 1,176.76 | 0.00 | 0.00 |
| >S_Elevance1000 (Elevance Clean 1000 Solvent  Chemical Name: Methyl 9-Decenoate ... | 292.00 | lb | 2.25 | 657.00 | 0.00 | 0.00 |
| >S_Elevance1000"FM (Elevance Clean 1000 Solvent "FM"  Chemical Name: Methyl 9-Dec... | 374.00 | lb | 2.74 | 1,024.76 | 0.00 | 0.00 |
| >S_ETHANOL (Ethanol PSF III 200 pf (PF-III-200-PROOF)  Net weight: 364 lbs. per d... | 130.206 | lb | 1.16 | 150.95 | 0.00 | 0.00 |
| >S_FINSOLV TN (Innosec FINSOLV TN  Packaged in 5-gallon pails  37 pounds net) | 51.00 | lb | 6.25 | 318.99 | 0.00 | 0.00 |
| >S_Glycol Monobutyl Ether (Glycol Monobutyl Ether (EB Solvent)  ) | 0.00 | lb | 2.33 | 0.00 | 0.00 | 0.00 |
| >S_Heptane (Heptane  Net weight: 322 lbs. per drum) | 732.48579 | lb | 1.22 | 895.46 | 0.00 | 0.00 |
| >S_IPA (Isopropyl Alcohol 99%  Net weight 360 lbs. per drum) | 471.04 | lb | 2.28 | 1,073.98 | 0.00 | 0.00 |
| >S_ISOPAR-C (Exxon Isopar C Solvent  Net weight: 320 lbs. per drum) | 0.45 | lb | 2.26 | 1.01 | 0.00 | 0.00 |
| >S_ISOPAR-E (Exxon Isopar E Solvent  Net weight: 330 lbs. per drum) | 224.0472 | lb | 2.26 | 507.44 | 0.00 | 0.00 |
| >S_ISOPAR-G (Exxon Isopar G Solvent  Net weight: 342 lbs. per drum) | 1,044.28 | lb | 1.27 | 1,325.81 | 0.00 | 0.00 |
| >S_Jeffsol_EC (Jeffsol Ethylene Carbonate  Net weight: 448 lbs. per drum) | 0.00 | lb | 0.00 | 0.00 | 0.00 | 0.00 |
| >S_Jeffsol_PC (Jeffsol Propylene Carbonate  Net weight: 448 lbs. per drum) | 2,645.52 | lb | 1.75 | 4,629.66 | 0.00 | 0.00 |
| >S_MEK (Methyl Ethyl Ketone  Net weight: 34 lbs. per pail) | 30.00 | lb | 2.53 | 75.90 | 0.00 | 0.00 |
| >S_NMP (N-Methyl Pyrrolidone  Net weight: 441 lbs. per drum) | 542.10 | lb | 2.36 | 1,279.36 | 0.00 | 0.00 |
| >S_NPB (TX-55-STNPB / AER / AZE  TechKleen-STNPB  n-Propyl Bromide (nPB) - Sta... | 890.80 | lb | 3.80 | 3,389.20 | 0.00 | 0.00 |
| >S_NPROPYLACETA (N-Propyl Acetate  Net weight: 37 lbs. per pail) | 356.3768 | lb | 2.99 | 1,066.84 | 0.00 | 0.00 |
| >S_OMS (Odorless Mineral Spirits  Net weight: 347 lbs. per drum) | 1,380.396 | lb | 1.76 | 2,425.47 | 0.00 | 0.00 |
| >S_PERC (Perchloroethylene  Net weight 700 lbs. per drum) | 700.00 | lb | 1.22 | 854.02 | 0.00 | 0.00 |
| >S_TCE (Trichloroethylene  Net weight: 660 lbs. per drum) | 140.925 | lb | 1.14 | 160.69 | 0.00 | 0.00 |
| >S_VERSATRANS (Versa Trans Solvent  Chemical name: trans-1,2 Dichloroethylene  Ne... | 734.812 | lb | 2.73 | 2,006.05 | 0.00 | 0.00 |
| >S_VERTREIL-XF (Vertrel XF  Net weight 660 lbs. per drum) | 468.10 | lb | 25.42 | 11,898.71 | 0.00 | 0.00 |
| >VLVS_BTS_00071 (Valve for BTS-B00071  20 oz. can  Per sample spec YL-79573) | 46,298.00 | | 0.11 | 5,046.48 | 0.00 | 0.00 |
| >VLVS_BTS_00071_ExtTube (BTS EXT TUBE BTN, 5", 0380X086OD, RED, PP  11-5038-00-0... | 46,298.00 | | 0.01 | 630.58 | 0.00 | 0.00 |
| >VLVS_BTS_00071_Kosmos (BTS POWERJET 4MM x 085 RED COP EXXON 7414  01-0442-00-002) | 55,598.00 | | 0.03 | 1,777.68 | 0.00 | 0.00 |
| >VLVS_BTS_CV-0017 (Newman-Green  CV-0017, C-10-118,6-13) | 21,052.00 | | 0.08 | 1,702.05 | 0.00 | 0.00 |
| >VLVS_BTS_DT-0006 (Newman-Green  DT-0006  102-20-18, WHITE (50M)) | 20,052.00 | | 0.01 | 162.42 | 0.00 | 0.00 |
| >VLVS_BTS_DX-0112 (Newman-Green  DX-0112        .025X.085X5 (N2195R) RED... | 15,052.00 | | 0.02 | 225.78 | 0.00 | 0.00 |
| >VLVS_CASTALDO (Valves:Castaldo 12oz  07-5180-70-0000-080-590  09-2050-50-0000 ... | 7,079.00 | | 0.08 | 581.07 | 0.00 | 0.00 |
| >VLVS_CW14+#15 (Valves for: Clean-It #11,12,14,15,16  30-5067-10-1140    4... | 16,078.00 | | 0.08 | 1,283.36 | 0.00 | 0.00 |
| >VLVS_Du-Lite (Button On Valves for Du-Lite products  As per sample #YL-74464  ... | 1,727.00 | ea | 0.08 | 132.03 | 0.00 | 0.00 |
| >VLVS_Etchcom (Newman-Green K28 valve for Etchcom) | 28,572.00 | ea | 0.20 | 5,786.71 | 0.00 | 0.00 |
| >VLVS_ExtTube_Cleaners (EXT TUBE BTN, 6", 055IDX086OD, RED, PP  11-5055-00-0600) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

**Pyro Drisco Corporation**
**Inventory Valuation Summary**
As of March 3, 2023

| | On Hand | U/M | Avg Cost | Asset Value | Sales Price | Retail Value |
|---|---|---|---|---|---|---|
| >VLVS_JUNO SPOUT (Juno Spouts (for use with extension tubes)  Precision Part# 02-... | 24,934.00 | ea | 0.03 | 870.08 | 0.00 | 0.00 |
| >VLVS_LOC/BUTTN (VXIXL200 Actuator  Aptar Material No: 10616103  Packaged 7,000 p... | 64,608.00 | | 0.04 | 2,895.56 | 0.00 | 0.00 |
| >VLVS_LOCTITE-U (VX81 Valve for Loctite  Aptar Material No.: 10815010  Stem: 2 x ... | 36,722.00 | | 0.12 | 4,547.25 | 0.00 | 0.00 |
| >VLVS_NG-T 2# (T28-10-118  10-5/16"  Packed 1000 valves per box   T28-10-118  10... | 17,018.00 | | 0.21 | 3,527.92 | 0.00 | 0.00 |
| >VLVS_PD S-line Buttons (PD: S-line Buttons   21-4723-00-9486  ACTUATOR, DELTA M... | 50,000.00 | | 0.03 | 1,337.25 | 0.00 | 0.00 |
| >VLVS_PD S-line Valves (PD: S line valve   04-5010-06-0000 STEM, S90, 013, (630 ... | 22,000.00 | | 0.08 | 1,674.10 | 0.00 | 0.00 |
| >VLVS_PD134A (PctEI+ICR+SS+U3+U4+SP  95-3700-02-0000    2M7 VALVE CTN 20.31 ... | 57,320.00 | | 0.11 | 6,320.53 | 0.00 | 0.00 |
| >VLVS_PDVTD (Vertical Discharge Button for Spin Sprays  Part #01-3592-00-0343  ) | 2,500.00 | | 0.02 | 50.00 | 0.00 | 0.00 |
| >VLVS_S+S_Buttons (S&S Buttons  Aptar material number: 10602444  MOQ: 28,000) | 15,809.00 | | 0.01 | 185.93 | 0.00 | 0.00 |
| >VLVS_S+S_Valves (S&S Valves  Summit PN 980-000D622  MOQ 26,000  2,000 per box) | 18,585.00 | | 0.08 | 1,547.39 | 0.00 | 0.00 |
| >VLVS_SB 026030 (NO LONGER AVAILABLE  Summit one-inch vertical spray button  Part... | 0.00 | ea | 0.04 | 0.00 | 0.00 | 0.00 |
| >VLVS_Sprits_Cleane (Valves for new Sprits Cleaners  Per Sample # YL-79552   Act... | 48,812.00 | | 0.10 | 4,935.38 | 0.00 | 0.00 |
| Total Inventory | 1,104,875.9587 | -MIXED- | | 289,971.03 | | 24,167.38 |

3/22/23 1:36PM

**Fill in this information to identify the case:**

Debtor name    **Price-Driscoll Corporation**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1    Bankers Leasing Company**
Creditor's Name

**Attn: President**
**11017 Aurora Avenue**
**Urbandale, IA 50322**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**UCC filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$1.00**    Value of collateral: **$0.00**

**2.2    CHTD Company**
Creditor's Name

**Attn: President**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3017**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**COSTER machine**

Describe the lien
**UCC filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$19,646.00**    Value of collateral: **$0.00**

Debtor  **Price-Driscoll Corporation**                                          Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Diversified CPC International** | | |
|---|---|---|---|

Creditor's Name
**Attn: President**
**24338 West Durkee Road**
**Channahon, IL 60410**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7946**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $100,000.00    $0.00
**Consignment agreement**

**Describe the lien**
**UCC filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Envision Capital Group LLC** | | |
|---|---|---|---|

Creditor's Name
**Attn: President**
**23422 Mill Creek Drive**
**Suite 200**
**Laguna Hills, CA 92653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $1.00    $0.00

**Describe the lien**
**UCC filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **First Insurance Funding** | | |
|---|---|---|---|

Creditor's Name
**Attn: President**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062**

**Describe debtor's property that is subject to a lien**    $23,592.00    $0.00
**First priority lien and security interest in the financed policies and any additional premium required under the financed policies**

---

Debtor   **Price-Driscoll Corporation**                                          Case number *(if known)*
         Name

Creditor's mailing address                          **Describe the lien**

                                                    **Is the creditor an insider or related party?**

                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No
                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                     **As of the petition filing date, the claim is:**
interest in the same property?**                    Check all that apply
■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its                     ☐ Disputed
relative
priority.

---

| 2.6 | **Secter** | **Describe debtor's property that is subject to a lien** | $45,910.35 | $0.00 |

Creditor's Name                                     **mortgage on real estate**
**Attn: President**
**19-B Thames Street**
**Groton, CT 06340**
Creditor's mailing address                          **Describe the lien**
                                                    **Mortgage**
                                                    **Is the creditor an insider or related party?**

                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ☐ No
                                                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0951**
**Do multiple creditors have an                     **As of the petition filing date, the claim is:**
interest in the same property?**                    Check all that apply
■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its                     ☐ Disputed
relative
priority.

---

| 2.7 | **State of Connecticut** | **Describe debtor's property that is subject to a lien** | $1.00 | $0.00 |

Creditor's Name
**Dept. of Revenue Services**
**C&E Division, Bankruptcy**
**Unit**
**450 Columbus Blvd., Suite**
**1**
**Hartford, CT 06103**
Creditor's mailing address                          **Describe the lien**

                                                    **Is the creditor an insider or related party?**

                                                    ■ No
Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**

**Date debt was incurred**                          ■ No
                                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                     **As of the petition filing date, the claim is:**
interest in the same property?**                    Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 5

Debtor   **Price-Driscoll Corporation**                                                Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
■ Disputed

| 2.8 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | $525,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager
2 North 20th Street
Suite 320
Birmingham, AL 35203**

**mortgage on the business real property**

Creditor's mailing address

**Describe the lien**
**UCC filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8209**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$714,151.35** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Avery W. Hall Insurance Agency
Attn: Manager
308 East Main Street
P.O. Box 2317
Salisbury, MD 21802** | Line  **2.5** | |
| **Corporation Service Co.
Attn: President
801 Adlai Stevenson Dr.
Springfield, IL 62703** | Line  **2.2** | |
| **Southeastern CT Enterprise
Attn: President
P.O. Box 867
Groton, CT 06340** | Line  **2.6** | |
| **U.S. Small Business
Administration
CT District Office
280 Trumbull Street, 2nd Floor
Hartford, CT 06103** | Line  **2.8** | |

3/22/23 1:36PM

Debtor    **Price-Driscoll Corporation**

Name

Case number (*if known*)

**U.S. Small Business Admin**
**Attn: Lauren Nash**
**United States Attorney**
**157 Church Street 23rd Fl**
**New Haven, CT 06510**

Line   **2.8**

3/22/23 1:36PM

**Fill in this information to identify the case:**

Debtor name **Price-Driscoll Corporation**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.72 |
|---|---|---|---|

**A. Duie Pyle Inc.**
**Attn: President**
**P.O. Box 564**
**West Chester, PA 19381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,421.30 |
|---|---|---|---|

**Admiral Products**
**Attn: President**
**4101 W. 150th Street**
**Cleveland, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,000.00 |
|---|---|---|---|

**American Express**
**Attn: President**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,769.08 |
|---|---|---|---|

**Aptargroup Inc.**
**Attn: President**
**7871 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Price-Driscoll Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Avaya Financial Services**
Attn: President
21146 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

**$396.58**

---

**3.6** | Nonpriority creditor's name and mailing address

**Ball Metal Pack**
Attn: President
8001 Arista Place
Suite 200
Broomfield, CO 80021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

**$18,074.15**

---

**3.7** | Nonpriority creditor's name and mailing address

**Barth-Colburn Realty**
Attn: President
347 Mount Parnassus Road
East Haddam, CT 06423

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid rent

Is the claim subject to offset? ■ No ☐ Yes

**$128,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Baruno Hannaford Heap Aurello
& Company**
Attn: Managing Partner
280 Montauk Avenue
New London, CT 06320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  accountant

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Bi-Tech Enterprises Inc.**
Attn: President
855 South 1st Street
Suite C
Ronkonkoma, NY 11779

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Breezeline**
Attn: president
P.O. Box 371801
Pittsburgh, PA 15201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

**$637.36**

---

**3.11** | Nonpriority creditor's name and mailing address

**Direct Capital EDI**
Attn: president
P.O. Box 7056
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

**$849.03**

---

Debtor    **Price-Driscoll Corporation**

Name    Case number (if known)

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,606.33 |
|---|---|---|---|

**Diversified CPC International**
**Attn: President**
**13767 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,742.75 |
|---|---|---|---|

**Eversource**
**Attn: President**
**P.O. Box 56002**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _utility_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.35 |
|---|---|---|---|

**Federal Express**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.33 |
|---|---|---|---|

**Grainger Industrial Supply**
**Attn: President**
**475 E. Algonquin Rd**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.32 |
|---|---|---|---|

**Johnson Controls Security Sol**
**Attn: President**
**P.O. Box 371967**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,380.00 |
|---|---|---|---|

**Mar-Kov Computer Systems Inc**
**Attn: President**
**130 Bridgeland Ave Suite 111**
**Toronto CA M6A 1Z4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,932.00 |
|---|---|---|---|

**Philip C. Barth**
**347 Mt. Parnassus Road**
**East Haddam, CT 06423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _business purchase note_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Price-Driscoll Corporation**                                      Case number (if known) _____
          _____
          Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,141.75 |
|---|---|---|---|

**Precision Valve North America**
**Attn: President**
P.O. Box 392695
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.75 |
|---|---|---|---|

**T-Mobile**
**Attn: President**
PO Box 742596
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,125.75 |
|---|---|---|---|

**TMC Industries Inc.**
**Attn: President**
1423 Mill Lane
55387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,141.57 |
|---|---|---|---|

**Univar**
**Attn: President**
13009 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.11 |
|---|---|---|---|

**UPS**
**Attn: President**
P.O. Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.36 |
|---|---|---|---|

**Verizon Wireless**
**Attn: President**
PO Box 15062
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.83 |
|---|---|---|---|

**Videojet Technologies Inc.**
**Attn: President**
12113 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Price-Driscoll Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,023.94 |
|---|---|---|---|

**Worthington Cylinders**
Attn: President
P.O. Box 27406
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.14 |
|---|---|---|---|

**XPO Logistics**
Attn: President
29559 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>attn: President<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Barth-Colburn Realty**<br>Attn: Heather Goodnow<br>49 Sherwood Terrace<br>Old Saybrook, CT 06475 | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Eversource**<br>Attn: Bankruptcy or Legal Dept<br>107 Selden Street<br>Berlin, CT 06037 | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Garon Camassar**<br>Peck & Tuneski PC<br>10 Pearl Street<br>New London, CT 06320 | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Richard J. Pascal**<br>Attorney Richard J. Pascal LLC<br>82 Chelsea Harbor Drive<br>Norwich, CT 06360 | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Sonoco Metal Packaging**<br>Attn: President<br>10 Longs Peak Drive<br>Broomfield, CO 80020 | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Stephen R. Sheehan**<br>Sheehan & Sheehan LLC<br>10 Springbrook Road<br>P.O. Box 545<br>Old Saybrook, CT 06475 | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

3/22/23 1:36PM

Debtor    **Price-Driscoll Corporation**                                   Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b. + | $    491,421.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    491,421.50 |

3/22/23 1:36PM

---

**Fill in this information to identify the case:**

Debtor name   **Price-Driscoll Corporation**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  — **commercial lease commencing on 2/6/2019 - 2/6/2039**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Barth-Colburn Realty**<br>**Attn: President**<br>**347 Mount Parnassus Road**<br>**East Haddam, CT 06423** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  — **Avaya Phone Lease**<br><br>State the term remaining  — **15 months**<br><br>List the contract number of any government contract | **Citibank N.A.**<br>**Attn: President**<br>**10201 Centurion Parkway N**<br>**Suite 100**<br>**Jacksonville, FL 32256** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  — **Consignment Loan Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Diversified CPC International**<br>**Attn: President**<br>**24338 West Durkee Road**<br>**Channahon, IL 60410** |

| Debtor 1 | **Price-Driscoll Corporation** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **First priority lien on and security interest in the financed policies and any additional premium required under the financed policies** | |
| **9 monthly payments starting on 2/1/2023 for $2,058.04** | |
| State the term remaining — **9 months** | **First Insurance Funding** **Attn: President** **450 Skokie Blvd** **Suite 1000** **Northbrook, IL 60062** |
| List the contract number of any government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Common stock purchase agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Philip C. Barth** **347 Mt. Parnassus Road** **East Haddam, CT 06423** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Revolving loan commencing 4/1/2019 - 2/1/2024** | |
| State the term remaining — **1 year** | **Southeastern CT Enterprise Region Corporation** **Attn: President** **1B Thames Street** **Groton, CT 06340** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **$2,568.00 monthly beggining 24 months from the date of the Original note, balance of principal and interest will be payable 30 years from the date of the original note.** | |
| State the term remaining | **U.S. Small Business Admin** **Attn: Manager** **2 North 20th Street** **Suite 320** **Birmingham, AL 35203** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Price-Driscoll Corporation**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Clint Barth** | **7311 Meadowood Drive**<br>**Austin, TX 78723** | **Secter** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Clint Barth** | **7311 Meadowood Drive**<br>**Austin, TX 78723** | **U.S. Small Business Admin** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.7** |
| 2.3 **Clint Barth** | **7311 Meadowood Drive**<br>**Austin, TX 78723** | **Southeastern CT Enterprise** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.6** |
| 2.4 **Clint Barth** | **7311 Meadowood Drive**<br>**Austin, TX 78723** | **Philip C. Barth** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.5** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Price-Driscoll Corporation**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$144,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,035,000.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$976,712.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Price-Driscoll Corporation**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Sonoco Metal Packaging**<br>**Attn: President** | 1/6/2023 | $18,768.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Tulstar Products Inc.**<br>**Attn: President**<br>**5510 S. Lewis Avenue**<br>**Tulsa, OK 74105** | 2/7/2022 | $16,864.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Pride Chemical Solutions**<br>**Attn: President**<br>**6 Long Island Avenue**<br>**Holtsville, NY 11742** | 1/6/2023 | $10,655.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Diversified CPC International**<br>**Attn: President**<br>**2250 South Chicago Street**<br>**Suite 216**<br>**Joliet, IL 60436** | 1/23/23,<br>1/6/23,<br>1/6/23,<br>11/30/22 | $36,731.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Clint Barth**<br>**7311 Meadowood Drive**<br>**Austin, TX 78723** | 9/12/2022 | $10,000.00 | **owner draw** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Price-Driscoll Corporation**                                    Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **BARTH-COLBURN REALTY COMPANY v. PRICE-DRISCOLL CORPORATION**<br>KNL-CV21-6054651-S | Collection | **Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **BARTH-COLBURN REALTY COMPANY v. PRICE-DRISCOLL CORPORATION**<br>KNL-CV21-6051619-S | Eviction | **Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   **Price-Driscoll Corporation**                                    Case number *(if known)*

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Novak Law Office, PC 280 Adams Street Manchester, CT 06042 | **review of bankruptcy documents retainer for bankruptcy filing** | **2/10/2023, 2/24/2023** | **$6,500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Price-Driscoll Corporation**                                              Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP Retirement Services** | EIN:  **11-1825656** |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Price-Driscoll Corporation**                                        Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **APEX International Group Inc.**<br>**Attn: President**<br>**PO Box 14607**<br>**North Palm Beach, FL 33408** | **17 Industrial Drive**<br>**Waterford, CT 06385-5555** | **DSC Cans 211x604..BTS Litho Blue..Packed 2280 per skid DSC Cans 211x713..BTS Litho Blue..Packed 2280 per skid 12 x 16 DSC BTS Printed Carton BTS 32# ECT DSC 12 pk for 211 X 713..10-3/4 X 8-1/16 X 9-7/8 BTS Silicone Spray..English/Spanish BTS Silicone Spray Food Grade..English/Spanish.. BTS Silicone Mould Release..English/Arabic BTS PT-1 Penetrating Oil..English/Arabic BTS Silicone Mould Release..English/Arabic BTS Silicone Mould Release End Label..English/Arabic Valve for BTS-B00071..2** | **$28,563.49** |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

�■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

�■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

�■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Price-Driscoll Corporation** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Baruno Hannaford Heap Aurello & Company**<br>**Attn: Managing Partner**<br>**280 Montauk Avenue**<br>**New London, CT 06320** | **July 2019 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Baruno Hannaford Heap Aurello & Company**<br>**Attn: Managing Partner**<br>**280 Montauk Avenue**<br>**New London, CT 06320** | **July 2019 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Baruno Hannaford Heap Aurello & Company**<br>**Attn: Managing Partner**<br>**280 Montauk Avenue**<br>**New London, CT 06320** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | **Price-Driscoll Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clint Barth** | **7311 Meadowood Drive Austin, TX 78723** | **owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Clint Barth 7311 Meadowood Drive Austin, TX 78723** | **2021 - $26,000.00 2022 - $62,000.00 2023 - $26,000.00** | **2021, 2022, 2023** | **salary paid to owner** |
| | **Relationship to debtor Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **ADP Retirement Services** | **EIN:    11-1825656** |

Debtor   **Price-Driscoll Corporation**                                        Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 22, 2023**

**/s/ Clint Barth**                                        **Clint Barth**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Owner/member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re **Price-Driscoll Corporation**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,500.00** |
| Prior to the filing of this statement I have received | $ | **6,500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Reference is hereby made to the Bankruptcy Retainer Agreement dated February 22, 2023 for description of services and compensation to be paid.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above. Under no cirumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of the State of Connecticut.**

    **Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requries a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor. The undersigned attorney is not responsible, nor obligated to any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so.**

In re   **Price-Driscoll Corporation**                                    Case No. _____

_____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 22, 2023**                                    **/s/ Anthony S. Novak**
_____         _____
*Date*                                                 **Anthony S. Novak**
                                                       *Signature of Attorney*
                                                       **Novak Law Office, P.C.**
                                                       **280 Adams Street**
                                                       **Manchester, CT 06042**
                                                       **860-432-7710  Fax: 860-432-7724**
                                                       anthonysnovak@aol.com
                                                       _____
                                                       *Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    **Price-Driscoll Corporation**                                    Case No.
_____    _____
                                        Debtor(s)    Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX


I, the Owner/member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.



Date:    **March 22, 2023**                          **/s/ Clint Barth**
_____    _____
                                        **Clint Barth**/**Owner/member**
                                        Signer/Title

A. Duie Pyle Inc.
Attn: President
P.O. Box 564
West Chester, PA 19381


Admiral Products
Attn: President
4101 W. 150th Street
Cleveland, OH 44135


American Express
Attn: President
PO Box 981535
El Paso, TX 79998


American Express
attn: President
Three World Financial Center
200 Vesey Street
New York, NY 10285


Aptargroup Inc.
Attn: President
7871 Collection Center Drive
Chicago, IL 60693


Avaya Financial Services
Attn: President
21146 Network Place
Chicago, IL 60673


Avery W. Hall Insurance Agency
Attn: Manager
308 East Main Street
P.O. Box 2317
Salisbury, MD 21802


Ball Metal Pack
Attn: President
8001 Arista Place
Suite 200
Broomfield, CO 80021


Bankers Leasing Company
Attn: President
11017 Aurora Avenue
Urbandale, IA 50322

Barth-Colburn Realty
Attn: President
347 Mount Parnassus Road
East Haddam, CT 06423


Barth-Colburn Realty
Attn: Heather Goodnow
49 Sherwood Terrace
Old Saybrook, CT 06475


Baruno Hannaford Heap Aurello
& Company
Attn: Managing Partner
280 Montauk Avenue
New London, CT 06320


Bi-Tech Enterprises Inc.
Attn: President
855 South 1st Street
Suite C
Ronkonkoma, NY 11779


Breezeline
Attn: president
P.O. Box 371801
Pittsburgh, PA 15201


CHTD Company
Attn: President
P.O. Box 2576
Springfield, IL 62708


Citibank N.A.
Attn: President
10201 Centurion Parkway N
Suite 100
Jacksonville, FL 32256


Clint Barth
7311 Meadowood Drive
Austin, TX 78723


Corporation Service Co.
Attn: President
801 Adlai Stevenson Dr.
Springfield, IL 62703

```
Direct Capital EDI
Attn: president
P.O. Box 7056
Pasadena, CA 91109


Diversified CPC International
Attn: President
24338 West Durkee Road
Channahon, IL 60410


Diversified CPC International
Attn: President
13767 Collections Center Drive
Chicago, IL 60693


Envision Capital Group LLC
Attn: President
23422 Mill Creek Drive
Suite 200
Laguna Hills, CA 92653


Eversource
Attn: President
P.O. Box 56002
Boston, MA 02205


Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Federal Express
PO Box 371461
Pittsburgh, PA 15250


First Insurance Funding
Attn: President
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062


Garon Camassar
Peck & Tuneski PC
10 Pearl Street
New London, CT 06320
```

Grainger Industiral Supply
Attn: President
475 E. Algonquin Rd
Arlington Heights, IL 60005


Johnson Controls Security Sol
Attn: President
P.O. Box 371967
Pittsburgh, PA 15250


Mar-Kov Computer Systems Inc
Attn: President
130 Bridgeland Ave Suite 111
Toronto CA M6A 1Z4


Philip C. Barth
347 Mt. Parnassus Road
East Haddam, CT 06423


Precision Valve North America
Attn: President
P.O. Box 392695
Pittsburgh, PA 15251


Richard J. Pascal
Attorney Richard J. Pascal LLC
82 Chelsea Harbor Drive
Norwich, CT 06360


Secter
Attn: President
19-B Thames Street
Groton, CT 06340


Sonoco Metal Packaging
Attn: President
10 Longs Peak Drive
Broomfield, CO 80020


Southeastern CT Enterprise
Attn: President
P.O. Box 867
Groton, CT 06340

Southeastern CT Enterprise
Region Corporation
Attn: President
1B Thames Street
Groton, CT 06340


State of Connecticut
Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103


Stephen R. Sheehan
Sheehan & Sheehan LLC
10 Springbrook Road
P.O. Box 545
Old Saybrook, CT 06475


T-Mobile
Attn: President
PO Box 742596
Cincinnati, OH 45274


TMC Industries Inc.
Attn: President
1423 Mill Lane
55387


U.S. Small Business
Administration
CT District Office
280 Trumbull Street, 2nd Floor
Hartford, CT 06103


U.S. Small Business Admin
Attn: Manager
2 North 20th Street
Suite 320
Birmingham, AL 35203


U.S. Small Business Admin
Attn: Lauren Nash
United States Attorney
157 Church Street 23rd Fl
New Haven, CT 06510

```
Univar
Attn: President
13009 Collections Center Dr
Chicago, IL 60693


UPS
Attn: President
P.O. Box 809488
Chicago, IL 60680


Verizon Wireless
Attn: President
PO Box 15062
Albany, NY 12212


Videojet Technologies Inc.
Attn: President
12113 Collection Center Dr
Chicago, IL 60693


Worthington Cylinders
Attn: President
P.O. Box 27406
Chicago, IL 60673


XPO Logistics
Attn: President
29559 Network Place
Chicago, IL 60673
```

# United States Bankruptcy Court
### District of Connecticut

In re    **Price-Driscoll Corporation**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Price-Driscoll Corporation**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 22, 2023**

Date

**/s/ Anthony S. Novak**

**Anthony S. Novak**

Signature of Attorney or Litigant

Counsel for    **Price-Driscoll Corporation**

**Novak Law Office, P.C.**
**280 Adams Street**
**Manchester, CT 06042**
**860-432-7710 Fax:860-432-7724**
**anthonysnovak@aol.com**